# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:19-cr-78 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| ALDEGUNDO HERNANDEZ | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 20) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Indictment; (2) accept Defendant's guilty plea to Count One of the one-count Indictment; (3) adjudicate Defendant guilty of traveling in interstate commerce and knowingly failing to register, or update a registration, as a sex offender—which Defendant was legally obligated to do as a person required to register under the Sex Offender Registration and Notification Act ("SORNA")—all in violation of 18 U.S.C. 2250(a); and (4) order that Defendant remain in custody until sentencing in this matter or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 20) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of traveling in interstate commerce and knowingly failing to register, or update a registration, as a sex offender—which Defendant was legally obligated to do as a person required to register under the Sex Offender Registration and Notification Act ("SORNA")—all in violation of 18 U.S.C. 2250(a); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 3, 2020, at 9:00 a.m.** before the undersigned, or until further order of this Court.

   **SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**